# UNITED STATES DISTRICT COURT

**FILED**

JUL 1 8 2008

**District of**　COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Bessie O'Carroll

　　　　　　Plaintiff

v.

Drug Enforcement Administration

　　　　　　Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:　08 **1240**

I, Bessie O'Carroll _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent　☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.　Are you currently incarcerated?　　☐ Yes　　☑ No　　(If "No," go to Part 2)

　　If "Yes," state the place of your incarceration _____

　　Are you employed at the institution?　_No_　Do you receive any payment from the institution? _____

　　Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2.　Are you currently employed?　　☐ Yes　　☑ No

　　a.　If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.　(List both gross and net salary.)

　　b.　If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
　　　　1992 - Sheraton Washington Hotel (every 2 weeks #770.⁰⁰)

3.　In the past 12 twelve months have you received any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
| c. | Pensions, annuities or life insurance payments | ☑ Yes | ☐ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
| e. | Gifts or inheritances | ☐ Yes | ☑ No |
| f. | Any other sources | ☑ Yes | ☐ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

**RECEIVED**

JUN 03 2008

Clerk, U.S. District and
Bankruptcy Courts

2

AO 240 Reverse (Rev. 10/03)

Sources Of Income : Social Security Disability (684. per mo.).
Pension ($128.08)
My rent per month is $650.00
Electric $140.00 - per mo
Telephone $68.00 - per mo

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
    thing of value?    ☐ Yes    ☑ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate
    how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

    None

I declare under penalty of perjury that the above information is true and correct.

_6-30-08_                   _Bessie B. O'Carroll_
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition,
a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during
the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach
one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted.  Let the applicant proceed without prepayment of costs  or fees or the necessity of giving security thereof. |
| --- | --- |
|  | _Roger C. Linletter_    _7/11/08_ |
| _____    _____ | _____    _____ |
| United States Judge        Date | United States Judge        Date |